**Order filed September 16, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00956-CR
_____

**PHILLIP BRANDON ADKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Criminal Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1766984**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #4 (DVD).**

The clerk of the Co Criminal Ct at Law No 2 is directed to deliver to the Clerk of this court the original of State's Exhibit #4 (DVD), on or before **September 26, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #4 (DVD), to the clerk of the Co Criminal Ct at Law No 2.

PER CURIAM